Jim Alden v. Peter S. Kosinski John Cuddy v. Jim Walden John Cuddy v. Peter S. Kosinski